**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Cortez Campbell
          Plaintiff,

v.                   Case No.: 1:18−cv−05828
                  Honorable Elaine E. Bucklo

Standard Market, LLC, The
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2020:

  MINUTE entry before the Honorable Elaine E. Bucklo: Defendant's motion for summary judgment [26] is denied. Enter Order. No appearance required on 2/26/2020. Status hearing set for 3/4/2020 at 9:45 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.